UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case:5:13-cr-20052<br>Judge: O'Meara, John Corbett<br>MJ: Michelson, Laurie J.<br>Filed: 01-18-2013 At 03:54 PM<br>INFO USA V DIANE MARIE HATHAWAY (RD L) |
| Plaintiff, | |
| v. | |
| D-1  DIANE MARIE HATHAWAY, | VIOLATIONS: |
| Defendant. | 18 U.S.C. § 1344: BANK FRAUD |
| _____/ | |

# INFORMATION

The United States Attorney Charges:

## GENERAL ALLEGATIONS

At all times pertinent to this Information:

1. **ING Direct** ("ING") was a financial institution doing business in the Eastern District of Michigan and elsewhere, which had deposits insured by the Federal Deposit Insurance Corporation.

2. **DIANE MARIE HATHAWAY** was an owner of a home located at 5834 Lakeview Court, Grosse Pointe, Michigan ("Lakeview").

3. The mortgage on Lakeview was held by ING and **HATHAWAY** was one of the borrowers.

4. A **"Short Sale"** was a term used in the banking industry to describe the sale of real estate for less than the outstanding mortgage or lien on the property.

      Short Sales often involved forgiveness of the residual debt after the sale based on the borrower's inability to pay.

5.    A **"Hardship Letter"** was a document ING required **HATHAWAY** to submit in support of her application for Short Sale relief. The Hardship Letter was to include all true and accurate asset and income information. The information sought by ING through the Hardship Letter was material to its negotiation of and decision concerning the Short Sale. The statements and/or omissions in the Hardship Letter were also material to ING.

COUNT 1
(18 U.S.C. §1344 – BANK FRAUD)

**D-1   DIANE MARIE HATHAWAY**

6.    The general allegations are included in this count.

7.    In or about January 2010, through in or about November 2011, in the Eastern District of Michigan, Southern Division, **DIANE MARIE HATHAWAY** executed a scheme to defraud ING and to obtain money and funds owned by and under the control of ING by means of materially false and fraudulent pretenses and representations.

8.    As part of this scheme, **DIANE MARIE HATHAWAY** did the following:

    A.    In or about January 2010, **HATHAWAY** began negotiating with ING for Short Sale approval on Lakeview. During these negotiations

       **HATHAWAY** claimed she could no longer afford to pay the mortgage.

B.    Between January 2010 and November 2011, **HATHAWAY** transferred certain real property to others with the intent to conceal her ownership interest from ING.

C.    With intent to defraud and to influence ING's decision on her application for a Short Sale, **HATHAWAY** made false statements and also omitted information in the Hardship Letter in a manner designed to conceal assets from ING.

D.    On or about December 10, 2010, **HATHAWAY** submitted the Hardship Letter to ING wherein she failed to declare available funds as well as recent transfers of real estate out of her name and into the names of others.

E.    As **HATHAWAY** intended, after consideration of the false and fraudulent statements and omissions in the Hardship Letter as well as those made by **HATHAWAY** during the negotiation process, ING approved the Short Sale of Lakeview.

9.   All in violation of Title 18, United States Code, Section 1344.

        BARBARA L. McQUADE
        United States Attorney

        */s/ Daniel Lemisch*

        **Daniel L. Lemisch**  P48226
        Assistant Unites States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        (313) 226-9776
        daniel.lemisch@usdoj.gov

        **Karen L. Reynolds**   P31029
        Assistant United States Attorney
        White-Collar Crimes Unit
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        (313) 226-9672
        karen.reynolds@usdoj.gov

        **Patrick J. Hurford**
        Assistant United States Attorney
        White Collar Crimes Unit
        211 W. Fort Street Suite 2001
        Detroit, MI 48226
        (313) 226-9553
        patrick.hurford@usdoj.gov

Dated: January 18, 2013

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 5:13-cr-20052<br>Judge: O'Meara, John Corbett<br>MJ: Michelson, Laurie J.<br>Filed: 01-18-2013 At 03:54 PM<br>INFO USA V DIANE MARIE HATHAWAY (RDL) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | **Companion Case Number:** 12-cv-15103 |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** Marianne O. Battani |
| ☒ Yes          ☐ No | AUSA's Initials: _____ |

**Case Title:** USA v. DIANE MARIE HATHAWAY

**County where offense occurred:** Wayne

**Check One:**   ■ Felony          ☐ Misdemeanor          ☐ Petty

_____Indictment/__X__Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [Case number:]
_____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

January 18, 2013
Date

DANIEL L. LEMISCH
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9776
Fax: (313) 226-3561
E-Mail address: Daniel.Lemisch@usdoj.gov
Attorney Bar #: P-48226

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09