UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-1 DIANE MARIE HATHAWAY,

        Defendant.

_____/

CRIMINAL NO. 13-CR-20052

HONORABLE Corbett O'Meara

FILED
JAN 29 2013
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

**DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION**

    I, DIANE MARIE HATHAWAY, defendant in this case, hereby acknowledge that I have received a copy of the information before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count one, up to thirty years in prison, a $1,000,000 fine, or both

_____
DIANE MARIE HATHAWAY
Defendant

**ACKNOWLEDGMENT OF DEFENSE COUNSEL**

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
STEVEN FISHMAN
Counsel for Defendant

Dated: 1/29/13