Margaret H. Butler
7 Morningside Park
Pittsford, NY 14534

April 18, 2013

Honorable John Corbett O'Meara
Senior Judge
Sixth Circuit
Eastern District of Michigan
200 E. Liberty Street
Suite 400
Ann Arbor, Michigan 48104

Re: Diane Marie Hathaway

Dear Judge O'Meara:

I'm writing on behalf of Diane Hathaway. I have known Diane for over forty years. Although she is no longer married to my brother, she will always be my sister-in-law and a member of our family.

Besides being a thoughtful and caring sister-in-law, I've also know Diane to be a loving wife, mother, grandmother, sister and daughter-in-law. She is very kind and generous to a fault. Here are just few examples of Diane's thoughtful nature.

Diane was more a daughter than a daughter-in-law to my parents. Despite Diane's demanding schedule, she always made herself available to them. She helped them move, took them shopping and other errands, had them over for dinner, brought them dinner and many, many other acts of kindness too numerous to list. When they were very sick at the end of their lives, Diane did whatever she could to comfort them. And even though Diane and my brother had parted 20 years before, Diane continued to call them Mom and Dad till the end. They responded in kind by always treating her as a daughter.

And when Diane lost her sister Linda a few years ago to cancer, Diane offered unmeasurable support and devotion. To all that knew the two of them, Linda and Diane were best friends as well as sisters. During Linda's illness, Diane was extremely attentive to Linda's needs at home or in the hospital and at the same time managed to help in the care of Linda's three children. No chore seemed to be too much. After Linda passed, Diane was consoling friends and family, while helping with the funeral arrangements. Since then Diane has made herself a constant presence in Linda's children.

More recently, Diane's older sister Chris, who has been stricken with Alzheimer's, has been experiencing renal failure. Chris lives in Tennessee with her husband and Diane has been


DEFENDANT'S EXHIBIT F

visiting whenever her schedule allowed and doing whatever she can to help them through this crisis.

Diane's a gentle and considerate individual who got caught up in the real estate disaster that affected so many people in Detroit and across the United States. I know she sincerely regrets her actions related to this matter and is ashamed that she allowed economic concerns momentarily overshadow her sense of fairness, love of family, and compassion for others. She deserves leniency.

Diane is a remarkable person. I've been blessed to know her.

Respectively yours,

Peggy Butler